```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 24762
   MICHAEL MCDANIEL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1503


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/01/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED              433.04           .00          433.04
COOK COUNTY COLLECTOR      SECURED              877.00           .00          316.48
SELECT PORTFOLIO SERVICI   CURRENT MORTG           .00           .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE       3770.55           .00         2296.37
LASALLE BANK NA            CURRENT MORTG           .00           .00             .00
LASALLE BANK NA            MORTGAGE ARRE           .00           .00             .00
DEUTSCHE BK NATL TRUST     CURRENT MORTG           .00           .00             .00
DEUTSCHE BK NATL TRUST     MORTGAGE ARRE       2405.18           .00         1248.49
LASALLE BANK NA            CURRENT MORTG           .00           .00             .00
LASALLE BANK NA            MORTGAGE ARRE        627.47           .00          627.47
OCWEN LOAN SERVICING LLC   CURRENT MORTG           .00           .00             .00
OCWEN LOAN SERVICING LLC   SECURED NOT I          .00           .00             .00
WELLS FARGO AUTO FINANCE   SECURED            14000.00         2293.53       7823.95
WELLS FARGO AUTO FINANCE   UNSECURED           1605.18           .00             .00
CAPITAL ONE BANK           UNSECURED            510.55           .00             .00
CAPITAL ONE BANK           UNSECURED           1227.87           .00             .00
FISHER & SHAPIRO           NOTICE ONLY       NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,605.20                       1,605.20
TOM VAUGHN                 TRUSTEE                                             978.48
DEBTOR REFUND              REFUND                                              192.99

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            17,816.00

PRIORITY                                        .00
SECURED                                   12,745.80
    INTEREST                               2,293.53
UNSECURED                                       .00
ADMINISTRATIVE                             1,605.20

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24762 MICHAEL MCDANIEL
```

```
TRUSTEE COMPENSATION                                              978.48
DEBTOR REFUND                                                     192.99
                                    ---------------       ---------------
TOTALS                                    17,816.00             17,816.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 04 B 24762 MICHAEL MCDANIEL